IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:02CR387 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RAYVELL VANN, | |
| Defendant. | |

This matter is before the Court on defendant's motion to modify judgment in this case. Filing No. 242. Defendant asks this Court to release him from the restitution order or otherwise defer his payment obligation. The government has responded and states that defendant has shown no material change in his circumstances to warrant alteration of his restitution obligation under 18 U.S.C. § 3664(k). The defendant's restitution obligation is ongoing. The Bureau of Prisons has a financial responsibility program in which the defendant has refused to participate. The defendant currently owes approximately $99,796.89 in restitution as of this date. Accordingly, the defendant will not be excused from his obligation to pay restitution.

THEREFORE, IT IS ORDERED THAT defendant's motion to modify judgment, Filing No. 242, is denied.

Dated this 18th day of December, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge